# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:10cv538

| | |
|---|---|
| V-E2, LLC d/b/a Teletext Solutions; <br> V-E2, LLC d/b/a Call Revenue; <br> V-E2, LLC d/b/a Call Manager; and <br> V-E2, LLC d/b/a BDC Call Tracker, <br><br> Plaintiffs, <br><br> Vs. <br><br> CALLBUTTON, LLC; and MICHAEL MARKETTE, Individually, <br><br> Defendants. <br><br> CALLBUTTON, LLC, <br><br> Third- Party Plaintiff, <br><br> Vs. <br><br> V-E2, LLC and DAVID LEVENTHAL, <br><br> Third-Party Defendants. | ORDER |

**THIS MATTER** is before the court on docket review. On November 12, 2010, issues joined when third-party defendant filed its Reply to Counterclaims and Answer to Third-Party Complaint (#5). At that point, counsel for the respective parties were obligated to conduct an Initial Attorneys Conference ("IAC") within 14 days and thereafter file with the court a Certificate of Initial Attorneys Conference ("CIAC") within seven days. See L.Cv.R. 16.1. On November 17, 2010, the Clerk of this Court provided respective counsel with specific Notice of such obligation via ECF.

-1-

Although more than three months have passed since such deadlines ran, the parties have not filed with the court the required CIAC, effectively preventing this case from moving forward.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel conduct the required IAC and file with the court the required CIAC not later than March 31, 2011. A $50 per side, per day penalty will be assessed starting April 1, 2011, if such filing is not made by such date. If the parties have resolved this case, a Rule 41 stipulation of voluntary dismissal filed by such date will also suffice.

Signed: March 22, 2011

Max O. Cogburn Jr.
United States District Judge