# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10CV538-MOC-DSC

| | |
|---|---|
| V-E2, LLC d/b/a TELETEXT SOLUTIONS, <br> V-E2, LLC d/b/a CALL REVENUE, <br> V-E2, LLC d/b/a CALL MANAGER, <br> V-E2, LLC d/b/a BDC CALL TRACKER, <br><br> Plaintiffs, <br><br> v. <br><br><br><br> CALLBUTTON, LLC and MICHAEL MARKETTE, Individually, <br><br> Defendants. <br><br> CALLBUTTON, LLC, <br><br> Third-Party Plaintiff <br><br> v. <br><br> V-E2, LLC and DAVID LEVENTHAL, <br><br> Third Party Defendants. | **ORDER GRANTING SECOND CONSENT MOTION TO AMEND THE SCHEDULING ORDER** |

Upon Motion of Plaintiffs V-E2, LLC d/b/a Teletext Solutions, V-E2, LLC d/b/a Call Revenue; V-E2, LLC d/b/a Call Manager; and V-E2, LLC d/b/a BDC Call Tracker; Defendants Callbutton, LLC and Michael Markette; Third-Party Plaintiff Callbutton, LLC and Third-Party Defendants V-E2, LLC and David Leventhal for good cause shown, and it appearing that the Motion is well taken and should be granted;

IT IS THEREFORE ORDERED, the Second Consent Motion to Amend the Scheduling Order is GRANTED, and the Scheduling Order is hereby amended as follows:

    a.    All discovery will conclude on May 14, 2012;

    b.    All motions except motions in limine and motions to continue shall be filed no later than June 12, 2012;

    c.    Mediation shall be completed by June 1, 2012;

    d.    Trial is scheduled to commence with a jury during the first civil trial term beginning on or after October 5, 2012.

Except as expressly provided above, the Scheduling Order entered on April 19, 2011 will remain in effect as entered.

**SO ORDERED**.

Signed: December 16, 2011

David S. Cayer
United States Magistrate Judge