# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| V-E2, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10-cv-00538-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Callbutton, LLC, | ) | |
| Defendant(s). | ) | |

And

Callbutton, LLC
Third Party Plaintiff

Vs.

V-E2, LLC and David Leventhal
Third Party Defendants

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2013 Order.

January 25, 2013

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court